■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL D. PETTY, Appellant. [874 NYS2d 856]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered November 28, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.